```
          DISTRICT COURT OF THE VIRGIN ISLANDS
           DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |  |
|---|---|---|
| COLBURN/MASHBURN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 2014-15 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**ATTORNEYS:**

**Stacy Lee White**
Law Offices of Stacy L. White
Christiansted, VI
**Matthew J. Duensing**
Stryker, Duensing, Casner & Dollison
St. Thomas, VI
  *For the plaintiff Colburn/Mashburn, LLC*,

**Ronald Sharpe, United States Attorney**
**Angela Tyson-Floyd, AUSA**
United States Attorney's Office
St. Croix, VI
  *For the defendant The United States,*

## JUDGMENT

This cause is before the Court on the Parties' Joint Motion for Entry of Final Judgment. The Court has reviewed the motion, the pleadings and other papers filed herein, and is otherwise fully advised as to the premises.

It is therefore ORDERED and ADJUDGED that:

*Colburn/Mashburn, LLC v. United States*
Civ. No. 14-15
Judgment
Page 2

1. The Joint Motion for Entry of Final Judgment is **GRANTED**.

2. This Court has jurisdiction over the subject matter of this action and over each of the parties.

3. Plaintiff, Colburn/Mashburn, LLC, has an easement by deed for the use of the following properties:

> Road Plots 331, 342, 344, and 348 of Estate Judith's Fancy, Company and Northside Quarter, all as more fully shown on OLG Drawing 2970, dated July 28, 1971, revised April 1, 1985, OLG Drawing 2906 dated May 7, 1971, revised March 10, 1972, and OLG Drawing No. 3021 dated March 9, 1972.

4. Through the police power, as well as through its status as holder of the servient estate, Defendant, the United States of America, may reasonably regulate Plaintiff's use of its easement over the above-described properties.

5. Each party shall bear its own costs and attorneys' fees.

6. The trial setting in this matter is **VACATED**.

7. All pending motions in this case are **MOOT**.

8. This case is **DISMISSED**.

9. The Clerk of Court shall **CLOSE** this case.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**